# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| McCarthy Improvement Company<br>*Counter-Plaintiff*<br>v.<br><br>South Star Capital LLC<br>*Counter-Defendant* | Civil Action No.   5:17-01994-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __ ), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the counter-plaintiff, McCarthy Improvement Company shall take nothing of the counter-defendant, South Star Capital LLC and the counterclaim is dismissed for failure to state a claim.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The Court having granted counter-defendant South Star Capital LLC's motion to dismiss.

Date:  November 6, 2018                                           *CLERK OF COURT*

                                                                                        s/Angie Snipes
                                                                        _____
                                                                        *Signature of Clerk or Deputy Clerk*